# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

Filed on 10/22/2025

NANCY KAY LAYNE,    Plaintiff,

v.

ZBS LAW, LLC; AMBER L. LABRECQUE; GREGOR A. HENSRUDE; THE BANK OF NEW YORK MELLON, as Trustee for the Certificateholders of the CWMBS Inc., CHL Mortgage Pass-Through Trust 2006-HYB4, Mortgage Pass-Through Certificates, Series 2006-HYB4; and DOES 1-10, inclusive,    Defendants.

Case No. 3:25-cv-01584-SI

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### (UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i))

Plaintiff **Nancy Kay Layne**, appearing pro se, hereby gives notice of voluntary dismissal of this action pursuant to **Federal Rule of Civil Procedure 41(a)(1)(A)(i).**

1. No defendant has filed an answer or motion for summary judgment.

2. Accordingly, this dismissal is effective **without a court order** and shall terminate this case in its entirety.

3. This dismissal is made **without prejudice,** preserving Plaintiff's right to pursue any available remedies in state or federal court, including but not limited to appellate proceedings in Oregon State Court and any separate federal statutory claims arising after the foreclosure events.

WHEREFORE, Plaintiff respectfully notifies the Court and all parties that this case are

**voluntarily dismissed without prejudice**.

DATED: 20th day of October , 2025

Respectfully submitted,
*/s/ Nancy Kay Layne*
Plaintiff, Pro Se
2670 Broadway Ave #b-191
North Bend, OR 97459
Telephone: 541-435-0054

# CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of October 2025, I served a true and correct copy of the foregoing **Notice of Voluntary Dismissal** on the following appearing party by first-class mail, postage prepaid, addressed as follows:

**Klinedinst PC**
1325 Fourth Avenue, Suite 1335
Seattle, WA 98101

In addition, on the following persons by certified first-class mail, postage prepaid, addressed as follows:

**Clerk of Court, U.S. District Court,**
**District of Oregon, Portland Division**
1000 S.W. Third Avenue, Room 740
Portland, OR 97204

Executed this 20 day of October, 2025, at North Bend, Oregon.

**Kristy Kelsay**
North Bend, OR 97459

CERTIFICATE OF SERVICE                                    Page 1 of 1